

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00508-CV

**IN THE INTEREST OF A.R.G.**, A.L.G., and J.P.C., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01536
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, that portion of the trial court's order terminating appellant's parental rights is REVERSED and the cause is REMANDED for further proceedings.

SIGNED December 11, 2013.

Sandee Bryan Marion, Justice